IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 3:25-CR-115-MOC |
| STEPHANIE CARINA TAYLOR | |
| Defendant. | |

**UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

Stephanie Carina Taylor, by and through her counsel of record, Steven Slawinski, Assistant Federal Public Defender, respectfully requests that this Court continue the time for commencement of trial and requests an extension of time for of all pretrial motions deadlines in this case. As grounds therefore, it is averred:

1. Taylor made her initial appearance and was arraigned on June 2, 2025, on a two-count indictment charging her with violating 18 U.S.C. § 1343 and 1957, the federal wire fraud and money laundering statutes.

1. Taylor was allowed to remain free on bond at her initial appearance. She lives in Northern Virginia and has been compliant with the terms of her pretrial release.

2. This case is currently scheduled for a Status Conference on August 25, 2025, and a Docket Call September 2, 2025, before this Honorable Court.

3. Initial discovery recently has been provided to counsel. Counsel has also discussed the case with the Assistant U.S. Attorney. Given the size of the case and stakes at issue, counsel

1

will need additional time to continue to fully review this discovery with the defendant and to advise her of the likely sentencing outcome upon a plea, or in the event she is convicted at trial.

4. Furthermore, the government has recently outlined a potential plea agreement and additional time is needed to discuss the matter with Taylor.

5. The Government does not oppose this motion.

**WHEREFORE**, Stephanie Carina Taylor respectfully requests that the time of his trial be continued to this Court's next Criminal Term.

Respectfully submitted,

*/s/ Steven Slawinski*
Steven Slawinski
NC Bar No. 38956
Assistant Federal Public Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: Steven_slawinski@fd.org

Dated: August 14, 2025