IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHANIE CARINA TAYLOR <br><br> Defendant. | 3:25-CR-115-MOC |

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Stephanie Carina Taylor, by and through her counsel of record, Steven Slawinski, Assistant Federal Public Defender, respectfully requests that this Court continue the time for commencement of trial and requests an extension of time for of all pretrial motions deadlines in this case. As grounds therefore, it is averred:

1. Taylor made her initial appearance and was arraigned on June 2, 2025, on a two-count indictment charging her with violating 18 U.S.C. § 1343 and 1957, the federal wire fraud and money laundering statutes.

1. Taylor was allowed to remain free on bond at her initial appearance. She lives in Northern Virginia and has been compliant with the terms of her pretrial release.

2. This case is currently scheduled for a Status Conference on October 27, 2025, and a Docket Call November 3, 2025, before this Honorable Court.

3. The defendant has signed a plea agreement with the government in this case, which has been filed. However, due to her health issues, she has not yet been able to travel back to

1

Charlotte to enter her plea. A plea date in mid-November is being scheduled with the Magistrate's Court. It is expected that Taylor's health issues will improve by then to allow her to travel to Charlotte and enter her plea.

4. The Government does not oppose this motion.

**WHEREFORE**, Stephanie Carina Taylor respectfully requests that the time of his trial be continued to this Court's next Criminal Term.

Respectfully submitted,

*/s/ Steven Slawinski*
Steven Slawinski
NC Bar No. 38956
Assistant Federal Public Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: Steven_slawinski@fd.org

Dated: October 16, 2025